IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELIJAH D. WILLIAMS,

       Plaintiff,

v.

V3 HOLDINGS ILLINOIS LLC,

       Defendant.

Case No. 3:24-CV-00233-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on April 24, 2025 (Doc. 48), this action is **DISMISSED with prejudice**.

    **DATED:  April 24, 2025**

                                          MONICA A. STUMP,
                                          Clerk of Court

                                          By:  s/ *Jackie Muckensturm*
                                                      Deputy Clerk

    APPROVED: s/ *Stephen P. McGlynn*
                STEPHEN P. McGLYNN
                U.S. District Judge